**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  2:11-cr-00444-PMP-PAL |
| vs. ) | **ORDER** |
| MARCELLO KAZAN, ) | |
| Defendant. ) | |

Pursuant to the Post-Bail Report of Pretrial Services, Defendant Marcello Kazan will continue on the same conditions of pretrial release imposed by the Court on December 30, 2011.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge