RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Marcello Kazan

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARCELLO KAZAN,<br><br>　　　　Defendant. | 2:11-cr-444-PMP-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(Third Request by New Counsel) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for MARCELLO KAZAN, that the sentencing hearing scheduled for Monday, July 28, 2014 at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Due to Counsel for the defendant's current case load and other business he has been unable to review the case file as it is voluminous despite his best efforts.

　　　　2.　　Counsel feels such review is necessary to address sentencing issues.

　　　　3.　　The defendant is not incarcerated and does not object to the continuance.

1     4      The parties agree to the continuance.

2     5.     This is the third request for a continuance of the sentencing hearing filed herein.

3     DATED this 24th day of July, 2014.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
|    /s/ William Carrico<br>By: _____<br>WILLIAM CARRICO,<br>Assistant Federal Public Defender |    /s/ Kathryn Newman<br>By: _____<br>KATHRYN NEWMAN,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELLO KAZAN,<br><br>Defendant. | 2:11-cr-444-PMP-PAL |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 28, 2014, be vacated and continued to 9/5/14 at 9:00 AM in Courtroom 4B.

DATED this 25th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

NOTE: No further continuances will be granted.