FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 5 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCELLO KAZAN,<br><br>    Defendant. | 2:11-CR-444-PMP-(PAL) |

**ORDER OF FORFEITURE**

This Court found on July 23, 2012, that MARCELLO KAZAN shall pay the criminal forfeiture money judgment of $324,341.40 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 17; Change of Plea, ECF No. 39; Plea Memorandum, ECF No. 41; Order of Forfeiture, ECF No. 44.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MARCELLO KAZAN the criminal forfeiture money judgment in the amount of $324,341.40 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 5th day of ~~July~~ September, 2014.

_____
UNITED STATES DISTRICT JUDGE

**U.S. v. Marcello Kazan**
**2:11-cr-00444-PMP-PAL**
**Restitution List**

|  | Total Restitution | Portion that is **joint &** several with co-defendant Ovidiu Ene Case No. 2:11-cr-444 |
|---|---|---|
| Ally (formerly GMAC) P.O. Box 380901 Bloomington, MN 55438 | $127,000.00 | $127,000.00 |
| Citi Mortgage Company 1000 Technology Drive O'Fallon, MO 63368 | $172,000.00 | $172,000.00 |
| Option One Mortgage Corporation 6501 Irvine Center Drive Irvine, CA 92618 | $141,500.00 | |
| PNC Bank 3232 New Market Drive Miamisburg, OH 45342 | $292,000.00 | |
| **Total** | **$732,500.00** | **$299,000.00** |